UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT, | CASE NO. 25-5581-BHS |
| Plaintiff, | ORDER |
| v. | |
| KLEEN INDUSTRIAL SERVICES, INC., KLEEN INDUSTRIAL SANDS, INC. and CANAM MINERALS, INC., | |
| Defendant. | |

THIS MATTER is before the Court on its own motion.

Waste Action Project asserts defendants Kleen Industrial Services, Kleen Industrial Sands, and CanAm Minerals, d.b.a. Tru Grit, violated the Clean Water Act by breaching the terms of their 2020 and 2025 National Pollutant Discharge Elimination System (NPDES) permit. Dkt. 1. It asserts Tru Grit discharges industrial pollutants into the Hylebos Waterway, which ultimately flows into Commencement Bay. *Id.* at 5.

In an earlier filed case before this Court, Waste Action Project similarly asserts defendants Kleen Industrial Services and CanAm Minerals, d.b.a. Kleen Blast, violated

ORDER - 1

the Clean Water Act by breaching the terms of their 2015 and 2020 NPDES permit. No. 25-5236-BHS, Dkt. 1. In that case, Waste Action Project alleges Kleen Blast discharges industrial pollutants into the Thea Foss Waterway, which flows into Commencement Bay. *Id.* at 5.

The Court **ORDERS** Waste Action Project to **SHOW CAUSE** by October 24, 2025, as to why the two cases should not be consolidated.

Dated this 9th day of October, 2025.

BENJAMIN H. SETTLE
United States District Judge